El Pueblo, Demandante y Apelado, *v.* Pillot García,
Acusado y Apelante.

Apelación procedente de la Corte de Distrito de Guayama, en
causa por infracción al artículo 47 del Código Penal en
relación con el artículo 359 del mismo cuerpo legal.

No. 1262.—Resuelto en julio 8, 1918.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1263, *El Pueblo
v. Pillot García*, página 557.

Abogado del apelante: *Sr. Abraham Peña.*
Abogado del apelado: *Sr. S. Mestre, Fiscal.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados del Toro, Aldrey y
Hutchison.

El Juez Presidente Sr. Hernández y Asociado Sr. Wolf
desintieron en la resolución de este caso.